IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15CR3091 |
| vs. | |
| ALLEN E. PEITHMAN JR., SHARON A. ELDER, JACIE L. SANNE, CORNERSTONE PLAZA, AND Inc.; and AEP PROPERTIES, L.L.C.; | ORDER |
| Defendants. | |

The government has moved to continue its Rule 16 disclosure deadline, (filing no. 35), because documents seized during a search of an accountant's office pertaining to this case, which were sent to the FDA Documents Center for processing, will not be available to counsel for the government until sometime during the week beginning October 26, 2015. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted.

Accordingly,

IT IS ORDERED:

1) The government's motion to continue, (filing no. 35), is granted.

2) The government's deadline for disclosing Rule 16 discovery is extended to November 6, 2015.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and February 9, 2016, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

October 22, 2015.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge