IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALLEN E. PEITHMANJR., SHARON A. ELDER, JACIE L. SANNE, CORNERSTONE PLAZA, AND Inc.; and AEP PROPERTIES, L.L.C.;<br><br>        Defendants. | 4:15CR3091<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant Elder's unopposed motion to continue the status conference, (Filing No. 45), is granted.

2) A status conference will be at 9:00 a.m. on March 1, 2016 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendants, their counsel, and counsel for the government shall attend the conference.

3) The Court further finds that the time between today's date and March 1, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i.

November 23, 2015.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge