IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15CR3091 |
| vs. | |
| ALLEN E. PEITHMAN JR., SHARON A. ELDER, JACIE L. SANNE, CORNERSTONE PLAZA, AND Inc.; and AEP PROPERTIES, L.L.C.; | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motions of attorney Chad Wythers to withdraw as counsel of record for defendants Allen E. Peithman, Jr. and AEP Properties, (filing nos. 51 and 52), are granted.

2) Defendants' newly retained counsel shall promptly notify the defendants of the entry of this order.

3) The clerk shall delete Chad Wythers from any future ECF notifications herein.

Dated this 24th day of November, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge