IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:15CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN E. PEITHMAN JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's appeal of magistrate judge's denial of defendant on pre-trial release (filing no. 157) is denied.

DATED this 10th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge