IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN E. PEITHMAN JR., | ) | ORDER |
| SHARON A. ELDER, | ) | |
| CORNERSTONE PLAZA, INC., | ) | |
| AEP PROPERTIES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Allen E. Peithman, Jr. has filed a motion to release property (filing no. 297).

IT IS ORDERED that the government shall file a response to the defendant's motion on or before April 17, 2017. This matter will be taken up at the evidentiary hearing set on April 24, 2017, at 1:00 p.m.

DATED this 6th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge