IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN E. PEITHMAN JR., | ) | ORDER |
| SHARON A. ELDER, | ) | |
| CORNERSTONE PLAZA, INC., | ) | |
| AEP PROPERTIES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

After consultation with counsel,

IT IS ORDERED that:

(1)     The motions for new trial (filing nos. 321 and 322) are set for a one-hour evidentiary hearing on Wednesday, May 17, 2017, at 12:00 noon.

(2)     The motion to compel access to mitigation evidence (filing no. 330) is denied without prejudice.

DATED this 24th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge