IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN E. PEITHMAN JR. and | ) | ORDER |
| AEP PROPERTIES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I inadvertently failed to rule on Mr. Peithman's motion for return of property (filing no. 297). Accordingly,

IT IS ORDERED that the motion for return of property (filing no. 297) is denied except as provided for in my Memorandum and Order dated May 1, 2017 (filing no. 348).

DATED this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge