IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:15CR3091 |
| v. | ) ) | |
| ALLEN E. PEITHMAN JR., SHARON A. ELDER, CORNERSTONE PLAZA, INC., AEP PROPERTIES, L.L.C., | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

To clarify citations found in filing no. 348 and *United States v. Peithman*, No. 4:15CR3091, 2017 WL 1682778, at *2-3 (D. Neb. May 1, 2017),

IT IS ORDERED that:

1. The citations to the most recent edition of Stefan D. Cassella's *Asset Forfeiture Law in the United States* are as follows:

    A. At *2, the quotation and reference to pp. 579-80 of the treatise should be to Section 19-4(c), pp. 691-92.

    B. The reference to p. 588 & n.63 also at *2 should be to Section 19-4(c), p. 698 n.62.

    C. The reference to p. 579 & n.30 at *3 should be to Section 22-3(b) at p. 767 & n.32.

2. My chambers shall provide a copy of this Order to West Publishing.

DATED this 8th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge