IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:15CR3091 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ALLEN PEITHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Defendant Peithman's Unopposed Motion to File Objections and Deviation Out of Time (filing no. 402) is granted.

(2) Defendant Peithman's Objection and Motion for Departure/Variance (filing no. 401) will be taken up at sentencing.

Dated July 24, 2017.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge