IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN E. PEITHMAN JR., | ) | MONEY JUDGMENT |
| SHARON A. ELDER, | ) | |
| CORNERSTONE PLAZA, INC., | ) | |
| AEP PROPERTIES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the sentencing on August 1, 2017, and based upon the authorities and reasoning forth in filing no. [348][1] and such other findings, conclusions and pronouncements made at the time of sentencing,

IT IS ORDERED judgment is entered in favor of the United States of America and against each of the above named defendants in the total sum $1,142,942.32 plus interest as provided by law. Liability for payment of the judgment is joint and several.[2]

DATED this 2nd day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] *United States v. Peithman*, No. 4:15CR3091, 2017 WL 1682778 (D. Neb. May 1, 2017), as amended at filing no. 352 to update the citations to Stefan D. Cassella, *Asset Forfeiture Law in the United States*.

[2] Each of the individuals and their entities were equally culpable. The respective entities were instrumentalities employed by the individuals to accomplish their illegal ends. Accordingly, *Honeycutt v. United States*, 137 S.Ct. 1626 (June 5, 2017) is distinguishable and does not bar joint and several liability.