IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3091 |
| v. | ) | |
| ALLEN E. PEITHMAN JR., | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Defendant Peithman's opposed motion for release pending appeal (filing no. 458) is denied.

DATED this 8th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge