IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:15CR3091 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ALLEN E. PEITHMAN JR., SHARON A. ELDER, CORNERSTONE PLAZA, INC., and AEP PROPERTIES, L.L.C., | ) | |
| Defendants. | ) | |

Pursuant to filing #348, the Court ordered that counsel for Allen E. Peithman, Jr. and AEP Properties hold in defendant's trust account money seized from a safe in Mr. Peithman's house. Mark Rappl, counsel for Allen E. Peithman, Jr. and AEP Properties, has requested that the Court release $11,039.26 from the above-mentioned funds being held in Mr. Peithman's trust account for unpaid legal services Mr. Rappl has thus far rendered on behalf of Mr. Peithman during the direct appeal in this matter. Counsel for plaintiff, Sara Fullerton, Assistant United States Attorney, has no objection to Mr. Rappl's request for funds.

The Court, being fully advised in the premises, orders that $11,039.26 from the seized funds being held in Mr. Peithman's trust account be released to Mr. Rappl for payment of legal fees thus far rendered.

DATED this 19th day of November 2018.

BY THE COURT:

s/ Richard G. Kopf
_____
Richard G. Kopf
Senior U.S. District Judge

Approved as to form:

*Sara Fullerton* (signature)
Sara Fullerton
Assistant U.S. Attorney