IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN E. PEITHMAN JR., | ) | ORDER |
| SHARON A. ELDER, | ) | |
| CORNERSTONE PLAZA, INC., | ) | |
| AEP PROPERTIES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Defendants shall respond to Plaintiff's Motion to Amend Order of Forfeiture to Include Substitute Property in Partial Satisfaction of the Money Judgment (Filing no. 501) on or before December 18, 2019.

DATED this 9th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge