IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLEN E. PEITHMAN, JR., SHARON A. ELDER, CORNERSTONE PLAZA, Inc.; and AEP PROPERTIES, L.L.C.;<br><br>    Defendants. | 4:15CR3091<br><br>**AMENDED MONEY JUDGMENT** |

Pursuant to the remand from the Court of Appeals, Filing no. 483, my subsequent conference with counsel, Filing no. 500, because Mr. Peithman and Ms. Elder are equally culpable, and since AEP was a mere instrumentality of Peithman, I herewith amend the Money Judgment previously rendered, Filing no. 418, to wit:

JUDGMENT IS ENTERED as follows:

1. Judgment for $1,025,288.75 is rendered against each of the above-named defendants jointly and severally;

2. Judgement is rendered solely against Allen E. Peithman, Jr. for $58,826.79;

3. Judgment is rendered solely against Sharon A. Elder for $58,826.78;

4. The foregoing judgments shall bear interest as provided by law (commencing at least as early as the entry of the original Money Judgment on August 2, 2017).

December 30, 2019.

BY THE COURT

*Richard G Kopf*
Senior United States District Judge