IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALLEN E. PEITHMAN, JR.,<br><br>                Defendant. | 4:15CR3091<br><br>AMENDED ORDER AUTHORIZING PAYMENT FROM INMATE TRUST ACCOUNT |

This matter came before the Court on the Joint Motion To Amend Order Authorizing Payment From Inmate Trust Account (Filing #542). The Court finds the motion should be granted.

IT IS ORDERED that the agreement of the parties set forth in Filing #542 is accepted and the joint motion of the parties is hereby granted.

IT IS FURTHER ORDERED that the Bureau of Prisons is hereby authorized to turn over to the Clerk of the United States District Court for the District of Nebraska, and the Clerk shall accept, funds in the amount of $1,302.52 currently held in the Bureau of Prisons trust account for the following inmate:

Allen E. Peithman, Jr., # 25292-047

The Clerk shall apply these funds towards payment for the criminal monetary penalties owed by the defendant in this case. The remaining $500 in the aforesaid inmate account shall be released for the defendant's use.

IT IS FURTHER ORDERED that the Bureau of Prisons shall remit said funds to the Clerk of the United States District Court for the District of Nebraska, to Clerk of the District Court, 111 So 18th Plaza, Suite 1152, Omaha, NE 68102. In remitting said funds, the Bureau of Prisons shall reference defendant Allen E. Peithman, Jr. and case number 4:15CR3091 so that the Clerk can properly account for same.

Dated this 20th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge