IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLEN E. PEITHMAN JR.,<br>SHARON A. ELDER,<br>JACIE L. SANNE,<br>CORNERSTONE PLAZA, Inc.; and<br>AEP PROPERTIES, L.L.C.,<br><br>    Defendants. | 4:15CR3091<br><br>**MEMORANDUM AND ORDER** |

The government has filed a Motion for Preliminary Order of Forfeiture of Substitute Property (Filing 545). Mr. Peithman has filed a § 2255 motion (Filing 544) which relates, at least indirectly, to the government's motion (Filing 545).

IT IS ORDERED that the government's Motion for Preliminary Order of Forfeiture of Substitute Property (Filing 545) is held in abeyance until Mr. Peithman's § 2255 motion (Filing 544) is resolved in this court.

Dated this 18th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge