IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

ALLEN E. PEITHMAN JR.,

                    Defendant.

**4:15CR3091**


**ORDER**


After careful consideration,

IT IS ORDERED that Defendant Peithman's Motion for New Trial/Reconsideration (Filing 551) is denied.

Dated this 7th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge