IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15CR3091 |
| vs. | |
| ALLEN E. PEITHMAN JR., | ORDER |
| Defendant. | |

For the reasons stated in the Federal Public Defender's Motion to Withdraw (Filing No. 574), the Court finds Defendant is not eligible for a sentence reduction pursuant to U.S.S.G. Amend. 821. Accordingly,

**IT IS ORDERED:**

1. The Federal Public Defender's Motion to Withdraw (Filing No. 574) is granted.
2. The Clerk of the Court shall provide a copy of this Order to Defendant at his last known address, 301 South 54th Street, Lincoln, NE 68510.

Dated this 2nd day of July, 2024.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge